**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

VERNON L. EALY, JR.,
    Plaintiff,

3:26-CV-1253

v.

FRANKLIN COUNTY, PENNSYLVANIA;
WARDEN FRANZONI ; PRIMECARE INC;
JOHN DOES 1-5,
        Defendants.

FILED
SCRANTON
MAY 11 2026
PER_____
DEPUTY CLERK

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** (42 U.S.C. § 1983)

**I. JURISDICTION** This action is brought pursuant to 42 U.S.C. § 1983 for violations of the Eighth Amendment (Cruel and Unusual Punishment) or the Fourteenth Amendment (Due Process), based on the deliberate indifference to a serious medical need.

**II. STATEMENT OF FACTS**

1. Prior to housing, the user was issued a hernia belt by the Franklin County medical staff for a pre-existing hernia.
2. The user also suffers from severe flat feet, making climbing difficult and dangerous.
3. Despite these documented conditions, the user was assigned to a top bunk.
4. The user exhausted all internal protests and informed staff of the risk of injury.
5. Around May 4, 2024, the user fell from the top bunk, resulting in a loss of consciousness.
6. The user was transported to Chambersburg Hospital for emergency treatment.
7. Following the injury, the user was reassigned to a bottom bunk and prescribed medical braces (knee sleeves and back brace).

**III. LEGAL CLAIMS** The Defendants' refusal to honor a medical necessity for a bottom bunk, despite actual knowledge of the user's hernia and physical limitations, constitutes **deliberate indifference** to a serious medical need.

**IV. PRAYER FOR RELIEF** The user requests compensatory damages for pain and suffering, punitive damages against individual defendants, and any further relief the court deems just.

Date: May 4, 2026

Vernon L. Ealy, Jr., Pro Se
436 S. Main Street
Chambersburg, PA 17201

Name Ealy, Vernon
Franklin County Jail
1804 Opportunity Avenue
Chambersburg, PA 17201

436 S. main st
Chambersburg, PA 17201

Clerk of Courts
PO Box 1148
235 N. Washington Ave.
Scranton, PA 18501

HARRISBURG PA    171

7 MAY 2026    AM 2 L

★ USA ★ FOREVER ★

18501-500199