**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERNON L. EALY, JR.,** | : | **No. 3:26-CV-1253** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **FRANKLIN COUNTY,** | : | |
| **PENNSYLVANIA, *et al.*,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum.

3. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal with prejudice and the court will CLOSE this case.

**Date:** 8/21/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**